STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JUAN L RIVERA DOMENECH

Case No. 11-00301-SEK

Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

Debtor            [✓] Present   [ ] Absent
Joint Debtor      [ ] Present   [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: February 25, 2011
Time: 11:24 AM    Track: AR
[ ] This is debtor(s) 3rd Bankruptcy filing.
Liquidation Value: _____ TBD _____

Creditors
_____ IRS - Correa _____
_____ Lcdo Cardona - First Bk _____

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 07-09  [✓] Returned
[✓] Federal Tax Returns 07-09  [ ] Returned
[✓] Evidence of income (60 days prior to petition)

## IV. Status of Meeting    [ ] Closed    [ ] Not Held    [✓] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded → To pay IRS priority debt.
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[✓] Tax returns missing
   [✓] State - years 2010
   [✓] Federal - years 2010 (1040-PR)

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
[ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
[ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[✓] Other:

→ Held but left open pursuant to Sec. 1308 and to debtor's request for 30 days. After March 28, 2011 this meeting of creditors will be deemed closed.

(1) Evidence of income for July-Sept with Cosvi. No income earned with Triple S during said period.

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

JUAN L RIVERA DOMENECH

Case No. 11-00301-SEK

Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

---

**VI. Plan** (Cont.)

Date: <u>February, 14, 2011</u>   Base $ <u>29,600.00</u>   [X] Filed   Evidence of Pmt shown: _____

Payments <u>1</u> made out of <u>1</u> due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** April, 1, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 500.00  = $ 2,500.00

**IX. Documents to be provided w/in ____ days**

[✓] Amended schedules  *→ provide correct value for lawsuit and exemption.*
[ ] Insurance estimate
[ ] Amended S.O.F.A.
[ ] Amended plan
[ ] Business Documents

[ ] Assumption/Rejection executory contract
[ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[✓] Other: *① File applicat. for employment in 30 days*

[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by: _____

---

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

---

**COMMENTS**

① Pending trustee's objection to First Bank's secured claim for failure to include perfect. of secured interest relating to debtor's real property.

② Provide copy of debtor's lawsuit against Carlos Bonet and provide value in Schedule B. So far, debtor ___ gave a one dollar value as per amended schedule "B".

※ ③ Trustee will file objection to $1.00 claim exemption for debtor's lawsuit.

Trustee/Presiding Officer   Date: February 25, 2011   (Rev.)