IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

JUAN L RIVERA DOMENECH

CASE NUMBER: 11-00301-SEK

CHAPTER 13

Debtor(s)

## TRUSTEE'S MOTION TO WITHDRAW OBJECTION TO CLAIM

TO THE HONORABLE COURT:

COMES NOW, Alejandro Oliveras-Rivera, Standing Chapter 13 Trustee in the instant case, represented through the undersigned attorney and very respectfully STATES:

1. On February 08, 2011, the Trustee filed an Objection to Claim number 03, by FIRST BANK. Docket number 11.

2. Trustee's objection has been satisfied with the Amended claim filed by FIRST BANK.

3. Trustee's hereby withdraws the before mentioned objection.

**WHEREFORE,** it is hereby respectfully requested from this Honorable Court to take notice of the above mentioned and entered the order that deems appropriate.

**10 DAY NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST :** YOU ARE HEREBY NOTIFIED THAT YOU HAVE TEN (10) DAYS FROM THE DATE OF THIS NOTICE TO FILE AN OPPOSITION TO THE FOREGOING MOTION AND TO REQUEST A HEARING. IF NO OPPOSITION IS FILED WITHIN THE PRESCRIBED PERIOD OF TIME, THE TRUSTEE'S MOTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED WITHOUT FURTHER HEARING UNLESS(1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. IF A TIMELY OPPOSITION IS FILED, THE COURT WILL SCHEDULE A HEARING AS A CONTESTED MATTER.

CERTIFICATE OF SEVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov ,and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s), debtor(s) attorney, creditor and creditor's legal representation (if appearance has been filed) to their addresses of record.

In San Juan, Puerto Rico, this **MAR 0 8 2011**

S/ALEJANDRO OLIVERAS RIVERA
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
Phone 787-977-3500 Fax 787-977-3521

11-00301-SEK                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

FIRST BANK

PRESTAMOS HIPOTECARIOS
PO BOX 9146
SANTURCE, PR 00908-0146


FIRSTBANK PUERTO RICO

C/O CARDONA JIMENEZ LAW OFFICE
PO BOX 9023593
SAN JUAN, PR 00902-3593


JUAN L RIVERA DOMENECH

LOIZA VALLEY
Q 591 BUGANVILLA
CANOVANAS, PR 00729


MARILYN VALDES ORTEGA*

PO BOX 195596
SAN JUAN, PR 00919-5596


DATED: **MAR 0 8 2011**                 S/ WALTER LUGO
                                         OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE    11-00301-SEK