IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JUAN L. RIVERA DOMENECH
DEBTORS

CASE NUM.: 11-00301 SEK

CHAPTER 13 (ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 3/08/2011.**

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 8 day of March, 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                    Case No. **11-00301-SEK**

**RIVERA DOMENECH, JUAN L**                              Chapter **13**
                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ | ☑ AMENDED PLAN DATED: **3/08/2011** |
| ☐ PRE ☐ POST-CONFIRMATION | Filed by: ☐ Debtor ☐ Trustee ☑ Other |

### I. PAYMENT PLAN SCHEDULE

$ __**300.00**__ x __**24**__ = $ __**7,200.00**__
$ __**400.00**__ x __**36**__ = $ __**14,400.00**__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ __**21,600.00**__

Additional Payments:
$ __**8,000.00**__ to be paid as a LUMP SUM within __**18 months**__ with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**CLAIM FOR MONEY OWED AGAINST CARLOS BONET**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ __**29,600.00**__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __**2,500.00**__

Signed: **/s/ JUAN L RIVERA DOMENECH**
        Debtor

        Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRSTBANK**        Cr. _____        Cr. _____
# **4160000261750**    # _____        # _____
$ __**9,431.17**__     $ _____        $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **INTERNAL REVENUI** Cr. _____    Cr. _____
# **583812118**        # _____        # _____
$ __**13,060.82**__    $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____           Cr. _____       Cr. _____
# _____             # _____         # _____
$ _____             $ _____         $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRSTBANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____           Cr. _____       Cr. _____
# _____             # _____         # _____
$ _____             $ _____         $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.

THE COURT IS TO RETAIN JURISDICTION OVER   PENDING SUIT AGAINST CARLOS BONET INSURANCE GROUP.

THE PLAN WILL BE FUNDED WITH ANY NON EXCEMPT PROCEEDS

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-00301-SEK13 Notice will be electronically mailed to:**

JOSE F CARDONA JIMENEZ on behalf of Creditor FIRSTBANK PUERTO RICO
jf@cardonalaw.com, cardonalaw@prtc.net

VERONICA DURAN CASTILLO on behalf of Creditor POPULAR AUTO
vduran@bppr.com, duranvero@gmail.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

ALEJANDRO OLIVERAS RIVERA (ENO) on behalf of Trustee ALEJANDRO OLIVERAS RIVERA
enogueras@ch13sju.com

MIRIAM D SALWEN ACOSTA on behalf of Trustee ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor JUAN RIVERA DOMENECH
valdeslaw@prtc.net


**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-00301-SEK13 Notice will not be electronically mailed to:**

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR  00936-6818

CEDEA
PO BOX 20132
SAN JUAN, PR  00928

CLARO
PO BOX 71535
SAN JUAN, PR  00936-8635

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR  00918

EUROLEASE
PO BOX 191009
SAN JUAN, PR  00919-1009

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIRSTBANK
PO BOX 9146
SAN JUAN, PR  00908-0146

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

Ssc Coll Bur
189 Roger St
Blairsville, GA  30512