IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| JUAN L RIVERA DOMENECH | CASE 11-00301-SEK |
| | CHAPTER 13 |
| DEBTOR(S) | |

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **February 25, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: 1,201,281.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: March 08, 2011              PLAN BASE: $29,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 3/8/2011

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   To pay prioritiy for Internal Revenue Services.

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   Insufficiently funded to pay 100 + legal interest to unsecured creditors.

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   1) Provide evidence of income from July to September 2010. 2) File application for employment. 3) Provide lawsuit against Carlos Bonet. 4) Provide evidence of filing for 2010 state tax return.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee: $3,000.00 /$500.00/$2,500.00

Atty: MARILYN VALDES ORTEGA*

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062